# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JENNIFER BARTELL,

    Plaintiff,

vs.

CLARK COUNTY COLLECTION SERVICE, LLC,

    Defendant.

Case No. 2:17-cv-01714-RFB-GWF

**ORDER**

This matter is before the Court on Defendant's Motion for Stay (ECF No. 21), filed on November 13, 2017. To date, Plaintiff has not filed an opposition to this motion and the time for opposition has now expired.[1]

Defendant represents that on November 9, 2017, United States Bankruptcy Judge Mike K. Nakagawa issued an order reopening Plaintiff's bankruptcy so that she could amend her schedules to include her instant claims against Defendant. Defendant asserts that a bankruptcy filing triggers an automatic stay under Section 362 of the Bankruptcy Code and therefore argues that this case should be stayed. *See* 11 U.S.C.A § 362(a)(3). The Court agrees. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Stay (ECF No. 21) is **granted**.

**IT IS FURTHER ORDERED** that this case is hereby STAYED.

DATED this 28th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."